# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-1095

_____

E. D., a Minor, by and through his Parents and Next Friends Anthony Dougherty and Katherin D. Dougherty; Anthony Dougherty, individually and as Parent of E.D.; Katherine D. Dougherty, individually and as Parent of E.D.

Plaintiffs - Appellants

v.

Palmyra R-I School District

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:15-cv-00086-CDP)

_____

## JUDGMENT

Before SMITH, Chief Judge, MELLOY and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 03, 2019

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans